JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE, | Case No. 2:22-cv-02943-MCS-PLA |
| Plaintiff, | **JUDGMENT** |
| v. | |
| WESTCHASE MINI SUITES LLC, | |
| Defendant. | |

Pursuant to the Court's Order Declining Supplemental Jurisdiction, the Court's Order Re: Motion to Dismiss, and Plaintiff's decision not to amend her pleading, it is ordered, adjudged, and decreed that the Complaint is dismissed without prejudice in its entirety. Plaintiff shall take nothing from this action.

**IT IS SO ORDERED.**

Dated: September 14, 2022

*/s/ Mark C. Scarsi*
MARK C. SCARSI
UNITED STATES DISTRICT JUDGE